Irwin N. Walker, for plaintiff in error; Samuel F. White, Jr., of counsel. No appearance for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

**Lewis C. Brown, appellee, v. Charles J. Greenstreet, appellant. Gen. No. 32,691.**

Opinion filed November 27, 1928.

Wetten, Pegler & Dale, for appellant. MacChesney, Evans & Robinson, for appellee; Warner H. Robinson, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

**National Bond & Investment Company, appellant, v. Henry Lanners, appellee. Gen. No. 32,722.**

Opinion filed November 27, 1928.

John W. Creekmur and D. E. Hoopingarner, for appellant; Cynthia R. Kelly, of counsel. O'Connell, Herr & Arvey, for appellee; Clarence A. Samuel, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

**A. F. Schultz & Co., defendant in error, v. Edmund M. Pawelski, plaintiff in error. Gen. No. 32,760.**

Opinion filed November 27, 1928.

Cassels, Potter & Bentley, for plaintiff in error; Ralph F. Potter and Claud D. Raber, of counsel. Ryan, Condon & Livingston, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

**Joseph Munch, appellee, v. Myrtle Landis, appellant. Gen. No. 32,771.**

Opinion filed November 27, 1928.

Fisher, Boyden, Kales & Bell, for appellant; Earl K. Schiek, of counsel. Coburn, Kearney & Coburn, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.